**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK SCHEIBE, | ) | CASE NO. 5:24-cv-00432 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JAMES E. |
| | ) | GRIMES, JR. |
| WAYNE COUNTY, *et al.*, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Defendants. | ) | **MAGISTRATE JUDGE'S REPORT** |
| | ) | **AND RECOMMENDATION** |

On March 6, 2024, Plaintiff Mark Scheibe ("Plaintiff") filed a Complaint against Defendants Wayne County, Sue Smail, in her official capacity as Wayne County Commissioner, Steven Wolfe, in his official capacity as Wayne County Director of Environmental Services, and Jarra Underwood, in her official capacity as Wayne County Auditor, for violations of the Equal Protection Clause related to Plaintiff's sewer bills and property taxes. (ECF No. 1). Plaintiff amended the complaint on May 28, 2024. (ECF No. 9). On February 5, 2026, Magistrate Judge James E. Grimes, Jr. filed a Report and Recommendation ('R&R"), recommending that the Court dismiss this action, with prejudice, for Plaintiff's failure to prosecute. (ECF No. 39).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within 14 days after service. The R&R also gave the parties notice of the 14-day time limit for filing objections. (*Id.* at PageID #303). On February 6, 2026, a copy of the R&R was mailed to Plaintiff's address of record. As a result, any objections by the parties were due on February 23, 2026. As of the date of this Order, no objection has been filed.

1

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt the R&R without further review. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141-42, 149–50 (1985).

Accordingly, the Court **ADOPTS** Magistrate Judge Grimes's R&R, incorporates it fully herein by reference, and **DISMISSES** Plaintiff's amended complaint **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: March 9, 2026

_____
**CHARLES ESQUE FLEMING**
**UNITED STATES DISTRICT JUDGE**

2